UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DENNIS W. JUSSILA,<br><br>                Plaintiff,<br>   v.<br><br>KLICKITAT COUNTY SHERIFF'S OFFICE; KLICKITAT COUNTY; KLICKITAT COUNTY JAIL; and KIMBERLY DUKES and JOHN DOE DUKES, and the marital community comprised thereof,<br><br>                Defendants. | NO: 1:16-CV-3004-RMP<br><br>ORDER GRANTING MOTION FOR A VOLUNTARY DISMISSAL |

BEFORE THE COURT is Plaintiff's Motion for a Voluntary Dismissal, ECF No. 15. The Court has reviewed the motion, all relevant filings, and is fully informed.

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), a "Plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. . ." This Court previously granted Defendants' Motion to Request Screening under 28 U.S.C.

ORDER GRANTING MOTION FOR A VOLUNTARY DISMISSAL ~ 1

1 §1915A, ECF No. 6, but Defendants have not yet filed an Answer or a motion for

2 summary judgment. *See* ECF No. 12. Accordingly, **IT IS HEREBY**

3 **ORDERED**:

4 Plaintiff's Motion to Voluntarily Dismiss the Complaint, **ECF No. 15**, is

5 **GRANTED**. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE.**

6 The District Court Clerk is directed to enter this Order, provide copies to

7 counsel and pro se parties, and **close this case**.

8 **DATED** this 16th day of February 2016.

       *s/ Rosanna Malouf Peterson*
       ROSANNA MALOUF PETERSON
       United States District Judge